IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIJAY KUMAR, an individual, and BADRI NARAYAN, an individual, | ) No: 06-1279 ) ) United States District Judge Gary L. |
| Plaintiffs, | ) Lancaster ) |
| v. | ) ) ) **ELECTRONICALLY FILED** |
| RENEWAL, INC., a corporation, | ) ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 31st day of Dec, 2007, upon consideration of the parties' argument on various outstanding discovery matters, it is hereby ORDERED:

1. Paragraph 8(g) of Plaintiffs' Request for Production of Documents seeking unredacted invoices for Cirqular services is moot since Plaintiff already possesses the unredacted invoices by virtue of the fact that said invoices are public records in an unrelated lawsuit; and

2. Paragraph 2 of Plaintiffs' Request for Production of Documents seeking copies of Defendant's budgets is stricken because: (a) the budgets do not form the basis of any asserted defense by the Defendant; (b) the budgets contain no category of amounts pertaining to Defendant's IT Department or outsourcing to Cirqular; and (c) the budgets are confidential and private to Defendant's business as a non-profit corporation and are not public.

BY THE COURT:

_____
United States District Judge Gary L. Lancaster

12/559183.v1